UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20524-CR-Scola

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RACHEL MAJOR,

    Defendant.
_____/

### UNOPPOSED MOTION TO CONTINUE SENTENCING

The Defendant, RACHEL MAJOR, by and through her undersigned counsel, moves this Honorable Court to continue her sentencing hearing, and in support thereof, states as follows:

1. The Sentencing hearing in this matter is currently scheduled to take place on Monday, December 19, 2016 at 8:30 a.m. before the Honorable Robert N. Scola, Jr.

2. The Defendant has been cooperating with the Government and it may become necessary for her to testify at co-defendant, Nesley Brutus' sentencing hearing which is currently scheduled to take place on January 9, 2017 at 8:30 AM. [DE 50].

3. It is anticipated that the Government may be filing a 5K1 motion in favor of a sentencing reduction for the Defendant based upon her cooperation. As such, the Defendant's cooperation will not be complete in time for her sentencing hearing on Monday, December 19, 2016, but will be complete any time after January 9, 2017.

4. The undersigned attorney has spoken with Brian Shack, the Assistant United States Attorney handling this matter for the Government, who stated he does not oppose the

1

Defendant's request to continue the sentencing hearing based upon the reasons set forth herein.

5. This motion is made in good faith and not for purposes of delay.

WHEREFORE, the Defendant, RACHEL MAJOR, respectfully requests this Court enter an order continuing the sentencing hearing in the above styled case from Monday, December 19, 2016 at 8:30 a.m. to any time after January 9, 2017, and grant any other relief this Court deems just and proper.

Respectfully submitted,

ENTIN & DELLA FERA, P.A.
Litigation Building, Suite 500
633 South Andrews Avenue
Fort Lauderdale, Florida 33301
Telephone: (954) 761-7201
Facsimile: (954) 764-2443
Email: Aentin@hotmail.com

By:  /s/ Alvin E. Entin
     ALVIN E. ENTIN, ESQUIRE
     Fla. Bar No. 127027

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 14, 2016, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties in the manner specified, either transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

**Brian Jay Shack, Esquire**
U.S. Attorney's Office
99 N.E. 4th Street, Office 630
Miami, Florida 33132
Email:  brian.shack@usdoj.gov

       /s/ Alvin E. Entin

2